UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

VISHRANTHAMMA SWARNA,

                Plaintiff,                      06 Civ. 4880 (PKC)

      -against-                          ORDER

BADAR AL-AWADI, HALAL MUHAMMAD
AL-SHAITAN and STATE OF KUWAIT,

                Defendants.

-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Plaintiff Vishranthamma Swarna alleges that her former employers, Badar Al-Awadi, a Kuwaiti diplomat previously stationed at the Kuwait Permanent Mission to the United Nations in New York, and his wife, Halal Muhammad Al-Shaitan, subjected her to slavery and slavery-like practices, including involuntary servitude, torture, and abuse, and failed to pay her minimum wages required by law. According to plaintiff, Mr. Al-Awadi is presently assigned as a diplomat to the Embassy of Kuwait in France.

        The Court has been fully briefed by both sides on the issues of whether and to what extent Mr. Al-Awadi and Ms. Al-Shaitan are entitled to residual diplomatic immunity, and whether and to what extent the State of Kuwait is entitled to sovereign immunity. However, it is common in cases such as this to invite the United States Government to address the Court regarding its view on the defendants' potential immunity from suit. See Order Requesting Government's Views on Full or Functional Immunity, Vishranthamma v. Al-Awadi, 02-CIV-3710 (PKL) (MHD) (S.D.N.Y. Sept. 15, 2004); see also Statement of Interest of the United States of America, Sabbithi v. Al Saleh, 07-CIV-115 (EGS) (D.D.C. July 22, 2008). Accordingly, if the

Government wishes to address this issue, it must notify the Court of its intention as soon as possible and submit a letter brief by January 12, 2009.

       SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
        December 17, 2008