USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2009

## UNITED DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

VISHRANTHAMMA SWARNA,

Plaintiff,

-against-

BADAR AL-AWADI, HALAL
MUHAMMAD AL-SHAITAN, and STATE
OF KUWAIT,

Defendants.

**Case No.: 06-CV-4880  (PKC)**



## NOTICE OF CROSS-APPEAL

Notice is hereby given that Vishtanthamma Swarna, the plaintiff in the above-captioned

case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final

judgment entered in this action on the 24th day of July 2009 dismissing all claims against the

State of Kuwait.

Respectfully submitted,

*[signature]*

Andrew J. Fields (AF 7795)
MAIN STREET LEGAL SERVICES, INC.
International Human Rights Clinic
City University of New York
65-21 Main Street
Flushing, NY 11367
(718) 340-4300

David A. Kotler (DK-4210)
Catherine J. Rosato (CR-4574)
DECHERT LLP
A Pennsylvania Limited Liability Partnership
902 Carnegie Center, Suite 500
Princeton, NJ 08540
(609) 955-3200
*Attorneys for plaintiff*

DATED: August 21, 2009

## CERTIFICATE OF SERVICE

I, Andrew Fields, hereby certify that on August 21, 2009, I caused to be served via first

class mail, a true and correct copy of the foregoing Plaintiff's Notice of Cross-Appeal on the

following:

> Thomas B. Wilner, Esquire
> SHEARMAN & STERLING LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2634
>
> Neil H. Koslowe, Esquire
> SHEARMAN & STERLING LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2634
>
> Amanda R. Kosonen, Esquire
> SHEARMAN & STERLING LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2634

_____
Andrew Fields (AF7795)