IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISHRANTHAMMA SWARNA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-CV-4880 (PKC) |
| ) | |
| BADAR AL-AWADI, HALAL and ) | |
| MUHAMMAD AL-SHAITAIN ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANTS' MOTION TO DISMISS

Badar Al-Awadi and Halal Muhammad Al-Shaitain, the remaining defendants in this action,[1] move under Fed. R. Civ. P. 12(b)(1), (6) to dismiss plaintiff's complaint against them. This motion is supported by a Memorandum of Points and Authorities and a proposed Order.

Respectfully submitted,

 /s/ *Neil H. Koslowe*
Neil H. Koslowe (NK 2808)
*Of Counsel*
Thomas B. Wilner*
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000

*Counsel for Defendants*
* Admitted *Pro Hac Vice*

Dated: February 22, 2011

---

[1] The Court dismissed the State of Kuwait as a defendant in this action on March 29, 2009, on grounds of sovereign immunity, *Swarna v. Al-Awadi*, 607 F.Supp.2d 509 (S.D.N.Y. 2009), and that dismissal was affirmed on appeal. *Swarna v. Al-Awadi*, 622 F.3d 123 (2d Cir. 2010).