UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Vishranthamma Swarna,

       Plaintiff,

 -vs-

Badar Al-Awadi and Halal Muhammad Al-Shaitan,

       Defendants.
------------------------------------- X

Index No.  06-CV-4880 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Vishranthamma Swarna, by and through her undersigned attorneys, hereby dismisses the above-captioned action with prejudice.

Dated: New York, New York.
      August 5, 2011

Respectfully submitted,

DECHERT LLP

By: __/s/ Robert W. Topp_____

  David A. Kotler
  david.kotler@dechert.com
  Amy L. Rudd (*pro hac vice*)
  amy.rudd@dechert.com
  Robert W. Topp
  robert.topp@dechert.com

  1095 Avenue of the Americas
  New York, NY  10036-6797
  Tel:  +1  212 698 3500
  Fax:  +1 212 698 3599

  *Attorneys for Plaintiff*
  *Vishranthamma Swarna*

14170352