USD
CALLY FIL

FILED: 8-9-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Vishranthamma Swarna,

        Plaintiff,

    -vs-

Badar Al-Awadi and Halal Muhammad Al-
Shaitan,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.  06-CV-4880 (PKC)

**NOTICE OF
VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Vishranthamma Swarna, by and through her undersigned attorneys, hereby dismisses the

above-captioned action with prejudice.

Dated: New York, New York.
      August 5, 2011

Respectfully submitted,

DECHERT LLP

By:   /s/ Robert W. Topp

    David A. Kotler
    david.kotler@dechert.com
    Amy L. Rudd (*pro hac vice*)
    amy.rudd@dechert.com
    Robert W. Topp
    robert.topp@dechert.com

    1095 Avenue of the Americas
    New York, NY  10036-6797
    Tel:  +1  212 698 3500
    Fax:  +1  212 698 3599

    *Attorneys for Plaintiff
    Vishranthamma Swarna*

SO ORDERED:

U.S.D.J.

14170352